# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH HEMBLING, *et al.*,<br>    Plaintiffs,<br><br>    v.<br><br>VIRIDIAN ENERGY, LLC, *et al.*,<br>    Defendants. | No. 3:15-cv-01258 (SRU) |

## CONFERENCE MEMORANDUM AND ORDER

On October 17, 2017, I held a telephone conference off the record with Robert A. Izard, attorney for plaintiff Lori Sanborn; Steven L. Wittels, attorney for plaintiff Susanna Mirkin; and Richard T. Bernardo, Daniel S. Blynn, and Maura Barry Grinalds, attorneys for defendant Viridian Energy, Inc. The purpose of the conference was for the parties to provide an update regarding the status of settlement negotiations.

So ordered.

Dated at Bridgeport, Connecticut, this 18th day of October 2017.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge